IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>LUIS SANTANA MENDOZA<br><br>Defendant | CRIMINAL NO.: 98-00295 (JAF) |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT and all parties of record**:

Enter my appearance as counsel in this case for Mr. Luis Santana Mendoza.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 4th day of September, 2008.

**S/JOSE LUIS NOVAS DEBIÉN**
**USDC-PR #213905**
PMB 382
Calaf 400
San Juan, Puerto Rico 00918
Tel.: 787-754-8300
Cel.: 787-640-2174
Fax: 787-766-3221
E-mail: jnovas@caribe.net