IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LUIS SANTANA MENDOZA,<br><br>Defendant | CRIMINAL NO. 98-295(JAF) |

### UNITED STATES OF AMERICA'S MOTION REQUESTING DEFENDANT'S EVIDENCE OF ALLEGED PSYCHIATRIC CONDITION

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

1.　On September 18, 2008, the Honorable Court will hold a hearing in which it expects to receive evidence of the defendant's present psychiatric condition. (See Docket No. 160.) On August 15, 2008, the United States filed a motion requesting such evidence. (See Docket No. 159.) None has been produced by either the U.S. Probation Office nor defense counsel.

　　WHEREFORE, the United States respectfully requests the Honorable Court to order production of defendant's alleged psychiatric condition to the Government for our review and in preparation for the hearing scheduled.

**USA's Motion Requesting Defendant's**
**Evidence of Alleged Psychiatric Condition**
U.S.A. v. Braulio Agosto Vega
Criminal No. 05-157 (CCC)
Page 2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of September, 2008.

ROSA E. RODRIGUEZ-VELEZ
United States Attorney


*s/ Desirée Laborde-Sanfiorenzo*
Desirée Laborde-Sanfiorenzo
USDC No. 208110
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-6222
Email: desiree.laborde@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record and Evelyn Jimenez, Probation Officer.


*s/ Desirée Laborde-Sanfiorenzo*
Assistant United States Attorney