**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**MINUTES OF PROCEEDINGS**

BEFORE HONORABLE JOSE A. FUSTE              **CR NO:** 98-295 (JAF)

COURTROOM DEPUTY:   BECKY AGOSTINI

COURT INTERPRETER: ANNIE FLORES              **DATE:** 9/18/2008

PROBATION OFFICER: EVELYN GIMENEZ
=================================================================
                                                                  **ATTORNEYS:**

UNITED STATES OF AMERICA                      DESIREE LABORDE, AUSA
                                              JOSE RUIZ, AUSA
vs.

LUIS SANTANA-MENDOZA #1                       JOSE L. NOVAS- DEBIEN, ESQ.

=================================================================

Case called for Order to Show Cause.  Dr. Romey's Report is stipulated and she is excused.  Psychiatric Report is marked as Court's Exhibit 1.  On behalf of Probation, Evelyn Giménez apprises the Court of all the occasions she communicated with the U.S. Marshals and showed a chronology of all her efforts made regarding defendant's designation.  After hearing the parties, the Court orders PO Giménez to provide parties with her list of chronologies.  Defense counsel has five (5) days to file a memo analyzing the information provided by probation.  Thereafter, AUSA has three (3) days to respond.

                                        *s/Rebecca Agostini-Viana*
                                        Rebecca Agostini-Viana
                                        Courtroom Deputy Clerk

**Court's Exhibit: 1 admitted.**