# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

**COURT'S EXHIBIT LIST**

V.

LUIS SANTANA-MENDOZA

CR. NO. 98-295 (JAF)

| PRESIDING JUDGE<br>JOSE A. FUSTE | Government's ATTORNEY<br>Desiree Laborde | DEFENDANT'S ATTORNEY<br>Jose L. Novas-Debien |
|---|---|---|
| Order to Show Cause<br>SEPTEMBER 18, 2008 | COURT REPORTER<br>AMY WALKER | COURTROOM DEPUTY<br>Becky Agostini |

| Court's Exh. | DEF. NO. | DATE OFFERED | MARKED ID | ADMITTED EXH. | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | 9/18/2008 | | 1 | Luis Santana's Psychiatric Report performed by Dr. Carol M. Romey. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages